# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROSEMARY NDOH, Warden,<br><br>　　　　Respondent. | Case No. CV 18-2249-PA (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 30, 2018

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE